IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT BROWN, JR.,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84317

FILED

MAR 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order denying a pretrial "motion to dismiss stand by counsel and appoint standby counsel of foreign law." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from a pretrial order denying a "motion to dismiss stand by counsel and appoint qualified standby counsel of foreign law", this court lacks jurisdiction to consider this appeal. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-07652

cc: Hon. Jacqueline M. Bluth, District Judge
Robert Brown, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk